UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
Utica DIVISION

In re:

BELL, MARTIN C.
BELL, SUSAN C.

Debtors.

Chapter 7

Case No. 09-60937 DD

**STATEMENT OF
SMALL DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 23 | Wells Fargo Financial New York, Inc.<br>4137 121st Street<br>Urbandale, IA 50323 | $646.00 | $4.57 |
| 25 | GE Money Bank dba Walmart<br>c/o Recovery Management Systems Corp., 25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | $557.03 | $3.94 |

**TOTAL SMALL DIVIDENDS:**                                                                                  $    8.51

Dated:  December 16, 2010

*Thomas Paul Hughes* (signature)

THOMAS PAUL HUGHES
Trustee
23 Oxford Road
New Hartford, NY  13413
(315) 223-3043

FILED
DEC 28 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

2010 DEC 28  PM 2:22
CLERK OF THE BANKRUPTCY COURT
N.D. OF NY
UTICA
RECEIVED